In the Matter of the Estate of Karolina Ilg, Deceased. Thomas Ilg Lynch, Appellant, v. Henry J. Ilg, Appellee.

Gen. No. 45,729. 

Harry A. Kahn, for appellant; Ode L. Rankin, of counsel; James A. Sprowl, and Wesley Hall, for appellee; Johnston, Thompson, Raymond & Mayer, of counsel. Opinion by PRESIDING JUSTICE ROBSON. Not to be published in full. Opinion filed November 25, 1952; released for publication December 16, 1952.